IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS INTERNATIONAL GMBH, and CEPHALON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOSPIRA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1074-CFC-CJB |

### JOINT MOTION FOR TELECONFERENCE
### TO RESOLVE PROTECTIVE ORDER DISPUTE

Eagle Pharmaceuticals, Inc., Teva Pharmaceuticals International GmbH, Cephalon, Inc., and Hospira, Inc. respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding the drafting of a protective order.

The parties will provide submissions and present their respective positions consistent with the Court's procedures regarding such disputes during a teleconference at the Court's convenience with counsel for Plaintiffs to initiate the call.

| | |
|---|---|
| */s/ Nathan R. Hoeschen* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> *Attorneys for Plaintiffs* | */s/ Arthur G. Connolly, III* <br> Arthur G. Connolly, III (No. 2667) <br> Ryan P. Newell (No. 4744) <br> CONNOLLY GALLAGHER LLP <br> 1201 North Market St., 20th Floor <br> Wilmington, DE 19801 <br> (302) 757-7300 <br> aconnolly@connollygallagher.com <br> rnewell@connollygallagher.com <br> *Attorneys for Defendant* |

Dated: March 2, 2020