IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS INTERNATIONAL GMBH, AND CEPHALON, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1074-CFC<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] CLAIM CONSTRUCTION ORDER

WHEREAS, Plaintiffs Eagle Pharmaceuticals, Inc., Teva Pharmaceuticals International GmbH, and Cephalon, Inc. and Defendant Hospira, Inc. submitted briefing and motions regarding claim constructions for certain terms in U.S. Patent No. 9,572,887 (the "'887 patent"), and the Court held a *Markman* hearing on December 15, 2020;

NOW, THEREFORE, having considered the submissions of the parties and arguments of counsel, for the reasons articulated by the Court at the December 15, 2020 hearing, the Court adopts the following constructions:

| Disputed Claim Constructions ||
|---|---|
| **Claim Terms** | **Court's Construction** |
| "Providing" | "making available" |
| "Non-aqueous liquid composition" | "a solution in which water does not make up a substantial portion and is not a significant solvent." |

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

/s/ Arthur G. Connolly
Arthur G. Connolly III (No. 2667)
CONNOLLY GALLAGHER LLP
1201 Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
*Attorneys for Hospira, Inc.*

Dated: December 22, 2020

SO ORDERED this 28th day of December, 2020.

_____
United States District Judge